# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 9, 2010

No. 09-20364
Summary Calendar

Charles R. Fulbruge III
Clerk

RITA LEMONS. Individually, doing business as Experts Are Us Inc, doing business as Experts Are Us Medical Equipment, doing business as Experts Are Us Lovely's Home Care,

Plaintiff - Appellant

v.

PALMETTO GBA; NATIONAL SUPPLIER CLEARINGHOUSE; CHOICE POINT COMMERCIAL SPECIALISTS; PAMELA GADSON, Individually and In the Capacity of Application Processor/Analysis; MARK PORTER, Individually and In the Capacity of an Inspector; ADMINISTRATION CENTERS FOR MEDICARE AND MEDICAID SERVICE; ADMINISTAR; TANYA MATTINGLY; ERIKA WILLIAMS; BRIAN BANKS; MARLIN KING; SHANNA GOLDSBOROUGH; ALONZO CUELLAR; KIMBERLY DRAKE,

Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:08-CV-715

Before REAVLEY, DAVIS, and HAYNES, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed. Appellant fails to show any ground of subject matter jurisdiction in federal court for her many complaints.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 09-20364
Summary Calendar

Appellant Lemons has no standing to complain of the revocation of a supplier number of Experts Are Us.  Nor has she shown that Experts Are Us would have a legal right of appeal and access to federal court.

AFFIRMED.